IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America<br>Plaintiff | ) ) ) ) | Case No. 4:09CR3010 |
| vs. | ) ) ) | ORDER TO WITHDRAW<br>EXHIBITS |
| Jedidiah Joel Riekenberg<br>Defendant | ) ) ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Defendant's exhibit 101 from Revocation Hearing held on December 22, 2010

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 10th day of July, 2012.

s/ Richard G. Kopf
Senior United States District Judge